**THOMAS H. BILLINGSLEA, JR.**
**Chapter 13 Standing Trustee**
**530 'B' Street, Suite 1500**
**San Diego, California 92101**
**Phone: (619) 233-7525**
**Fax:     (619) 233-7267**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CESAR A. LOTERO, JR.<br><br>Debtor(s). | Case No. 11-14937-MM-13<br>[Chapter 13]<br><br>**NOTICE OF CLASSIFICATION OF CLAIM AND RIGHT TO REQUEST A HEARING** |

**TO THE CREDITOR NAMED HEREIN AND OTHER PARTIES IN INTEREST:**

YOU ARE HEREBY NOTIFIED that the proof of claim filed for the creditor named below will be allowed in the amount and classification shown unless otherwise ordered by the Court.

YOU ARE FURTHER NOTIFIED that if you object to the classification, you must obtain a hearing date and time from the Bankruptcy Court Chapter 13 Deputy* and **within 30 days from the date of service of this notice** serve a copy of a **Request and Notice of Hearing (Form CSD 1184)** and a **Declaration in Opposition to Classification** upon the Debtor(s), their attorney of record, the subject creditor and the Chapter 13 Trustee and file the original and one copy with proof of service with the Clerk of the U.S. Bankruptcy Court, 325 West 'F' Street, San Diego, California 92101-6991, within one business day of service.  If such hearing is not timely requested, the classification shall be final.

```
*MM  - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
 LA  - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
 LT  - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
 PB  - call (619) 557-5157 - DEPARTMENT FOUR (Room 328)
```

| **Creditor Name and Address:** | **Classification and Amount:** | **Related Claim** |
|---|---|---|
| BASS & ASSOCIATES<br>3936 E FT LOWELL RD STE 200<br>TUCSON AZ 85712-0000<br>Acct No: 9140 | Trustee's Claim: 0011<br>Classification:     UNSECURED<br>Amount:             $3,114.98 | |

**Reason: Collateral does not appear to be in Debtor(s) possession.**

_____
Clerk for Thomas H. Billingslea, Jr.
Chapter 13 Standing Trustee